1
2
3
4                                                                    JS-6
5
6
7
8                  UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Saquenta Lawrence and William Lawrence, individually and as successors in interest for decedent William Lawrence; Individually: Priscilla Carr, Unique Carr,<br><br>                    Plaintiffs,<br><br>v.<br><br>City of San Bernardino (d.b.a. San Bernardino Police Department), Garrett Zimmon, Mike Hamrick, and Does 1-10,<br><br>                    Defendants. | **5:04-cv-00336-FMC-VBKx**<br><br>(VBKx)<br><br><br>**JUDGMENT** |

A Motion for dismissal having been filed and agreed to, pursuant to Fed.R.Civ.P. 41(a)(1), and it further appearing that dismissal is warranted pursuant to Fed.R.Civ.P. 41(a)(2), IT IS HEREBY ORDERED THAT:

1.  Plaintiffs shall recover nothing from Defendant City of San Bernardino;

2.  The above styled case is dismissed, WITH PREJUDICE;

3. Each party shall bear its own costs;

Dated _____July 3_____, 2008.

_Florence M. Cooper_
Florence M. Cooper
United States District Court Judge
Central District of California